

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re MBC Energy Services, Inc. and Robert Douglas Woods, Jr.

* Original Mandamus Proceeding

No. 11-25-00052-CV

* August 21, 2025

* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be conditionally granted. We direct the trial court to vacate its December 18, 2024 order that denies Relators' motion to compel. We further direct the trial court to reopen discovery in this case. A writ of mandamus will issue only if the trial court fails to act by September 5, 2025.